CATHERINE CORTEZ MASTO
Attorney General
RAELENE K. PALMER
Deputy Attorney General
Nevada Bar No. 8602
Office of the Attorney General
Public Safety Division
555 E. Washington Ave., Suite 3900
Las Vegas, NV 89101
Telephone: (702) 486-3420
Fax: (702) 486-3773
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| RAYMOND WATISON, | Case No. 2:10-cv-01885-KJD-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS ACTION** |
| MR. ERIC BURSON, | |
| Defendant. | |

COME NOW, Plaintiff RAYMOND WATISON and Defendant ERIC BURSON, and hereby agree as follows:

1. The above entitled action shall be dismissed with prejudice; and
2. The parties shall bear their own costs and fees.

The grounds for this stipulation are as follows: both parties have reached an agreement on this and several other pending cases.

. . .

. . .

. . .

. . .

. . .

. . .

1

IT IS SO STIPULATED ON THIS 10th DAY OF JUNE 2011.

_____   By: _____
RAYMOND WATISON #1031835      RAELENE K. PALMER
Ely State Prison              Deputy Attorney General
P.O. Box 1989                 555 East Washington #3900
Indian Springs NV 89301       Las Vegas, NV 89101
                              *Attorney for Defendant*

IT IS SO ORDERED THIS 13 DAY OF JUNE 2011.

_____
**DISTRICT COURT JUDGE**